IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21-CV-00332-RJC-DSC

| | | |
|---|---|---|
| MICHAEL SEETS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **502(d) ORDER** |
| | ) | |
| OSSUR AMERICAS INC., | ) | |
| | ) | |
| Defendant. | ) | |

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**SO ORDERED**.

Signed: November 2, 2021

David S. Cayer
United States Magistrate Judge